UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CRIMINAL NO. V-09-18 |
| | § § | |
| DAVID TRINIDAD DELEON | § | |

### ORDER GRANTING MOTION FOR CONTINUANCE

On August 3, 2009, the parties in the above referenced case came before the Court for a Final Pretrial Conference. Mr. Christopher Atkinson Jenkins orally moved for a continuance.

Carol K. Wheeler, Assistant U.S. Attorney, appeared for the government, and stated no objection to the requested continuance.

The Court orally GRANTED the motion for continuance and further found that, pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is further ORDERED that this case is set for a Final Pretrial Conference at 1:00 p.m. on August 17, 2009, and if necessary, for Jury Selection and Trial at 9:30 a.m. on August 24, 2009.

SIGNED this 7th day of August, 2009.

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE